UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:16-CV-635-TBR

CHRISTOPHER COLE                                                       PLAINTIFF

V.

EXPERIAN INFORMATION SOLUTIONS, INC.                   DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

All deadlines, telephonic conferences, and the jury trial are cancelled.

cc: Counsel